IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00124-RJC-DSC

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DERRICK ALAN DANIELS JR. | ) | |
| | ) | |

**THIS MATTER** comes before the Court upon the defendant's Motion to Reconsider, (Doc. No. 28), the Court's denial of his Motion to Suppress, (Doc. No. 19: Order), in light of United States v. Byrd, 584 U.S. --- (2018), to which the government is not opposed. For the reasons stated in the motion, the Court finds good cause to reconsider its prior ruling.

**IT IS, THEREFORE, ORDERED** that:

1. the defendant's Motion to Reconsider, (Doc. No. 28), is **GRANTED**;

2. the defendant shall file any supplemental pleading within fourteen (14) days of the entry of this Order; and

3. the government may file a responsive pleading within seven (7) days of the defendant's filing.

Signed: July 11, 2018

Robert J. Conrad, Jr.
United States District Judge